**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JENNIFER LEWIS, | : | |
| | : | |
| Plaintiff, | : | CIV ACTION NO.: 3:24-cv-727-JAM |
| | : | |
| vs. | : | |
| | : | |
| QUANTILOPE, INC | : | |
| | : | |
| | : | |
| Defendant. | : | August 26, 2024 |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO PLEAD**

Pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Local Rule 7 (b) of the United States District Court District of Connecticut, the Defendant, Quantilope, Inc. ("Defendant"), hereby moves for an extension of time up to and including October 22, 2024, in which to respond to the Plaintiff's Amended Complaint, dated April 18, 2024. In support of this motion, Defendant states as follows:

1. The current deadline by which the defendant is to file a response to the Amended Complaint is August 29, 2024 (Entry No. 11).

2. The parties sought and received a referral to a Magistrate Judge for an early settlement conference in this matter.

3. The parties are scheduled to appear for an early settlement conference before Judge Margolis on October 1, 2024 (Entry No. 14).

4. The parties sought an early settlement conference to see if the matter could be resolved prior to the parties expending significant monies on pleading, discovery and motion practice. In furtherance of that objective, the Defendant

10295608

respectfully moves for an extension of time in which to file a response to the

Amended Complaint, until three weeks after the parties mediate this matter or

up to and including October 22, 2024.

5. Plaintiff's counsel consents to this requested extension of time.

WHEREFORE, for the foregoing reasons, defendant respectfully requests that the

Court grant this motion for an extension of time up to and including October 22, 2024 in

which to file a response to the Complaint.

<div style="margin-left: 40%;">

DEFENDANT,
QUANTILOPE, INC.

By: _Claire E. Ryan_
    Claire E. Ryan, Esq.
    Federal Bar No.: ct22145
    Kaufman Borgeest & Ryan LLP
    1010 Washington Boulevard, 7th Fl.
    Stamford, Connecticut 06901
    Tel: 203-557-5700
    Fax: 203-557-5777
    Email: cryan@kbrlaw.com
    *Attorneys for Defendant*

</div>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2024, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


By:  _____

　　　　　Claire E. Ryan, Esq. (ct22145)