<u>**UNITED STATES DISTRICT COURT**</u>
<u>**DISTRICT OF CONNECTICUT**</u>

| | | |
|---|---|---|
| **JENNIFER LEWIS** | : | **CASE NO.** |
| *Plaintiff* | : | |
| | : | **3:24−CV−00727−JAM** |
| **V.** | : | |
| | : | |
| **QUANTILOPE, INC.** | : | |
| *Defendant* | : | **OCTOBER 1, 2024** |
| | : | |

<u>**NOTICE OF APPEARANCE**</u>

**Please enter the appearance of Attorney Matthew D. Paradisi, Esq. on behalf**

**of the Plaintiff in the above-captioned Action.**

PLAINTIFF,
JENNIFER LEWIS

BY:_____
Matthew D. Paradisi (CT29915)
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone:  860-296-3457
Fax:  860-296-0676
Email:  mparadisi@cicchielloesq.com

1

## <u>CERTIFICATION</u>

I hereby certify that on October 1, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


By:_____
       Matthew D. Paradisi, Esq. (CT29915)